# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFF HUGHES

VERSUS

CAPITAL CITY PRESS, L.L.C.
D/B/A THE ADVOCATE

NO.   2026 CW 1049

**AUGUST 14, 2026**

---

In Re:   Capital City Press, L.L.C. d/b/a The Advocate, Peter Kovacs, and Danny Heitman, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 79978.

---

**BEFORE:   MILLER, GREENE, AND FIELDS, JJ.**

   **WRIT DENIED.**

                              **SMM**
                              **HG**
                              **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT